DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES T. HANNON,** et al.,
Appellant,

v.

**ZHIJUN MAO AND ASIAN REAL ESTATE INVESTMENT CONSULTING, LLC,**
Appellee.

No. 4D18-406

[September 20, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Haimes, Judge; L.T. Case No. CACE 17-004870.

Tino Gonzalez of the Law Office of Tino Gonzalez, for appellant.

Jordan A. Shaw & Kimberly Slaven of Zebersky Payne, LLP, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., KLINGENSMITH and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***